UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Edson Antonio de Poenca

**V.** **CIVIL ACTION NO.** 1:26-cv-12766-FDS

Joseph McDonald et al

**ORDER OF DISMISSAL**

Saylor, D.J.

In light of previously given habeas relief, D. 8, this matter shall be closed.

October 1, 2026

/s/Melonie Cooke
Deputy Clerk